UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HUILING CHEN, | No. 4:13-CV-3881 YGR (NJV) |
| Plaintiff, | ORDER REQUIRING JOINT LETTER BRIEF |
| v. | |
| ASIANA AIRLINES, et al., | |
| Defendants. | |

This case is set for a hearing on November 21, 2014, on the parties' discovery dispute. The parties SHALL FILE a joint letter brief, not to exceed five pages, explaining the issue and their positions no later than 3:00 p.m. today, November 20, 2014. The parties shall specifically explain the status of the person whose presence at the deposition is challenged, i.e., whether he is a party, a non-party, a witness, etc. They shall also discuss the case law on the inclusion or exclusion of such a person from a deposition.

IT IS SO ORDERED.

Dated: November 20, 2014

NANDOR J. VADAS
United States Magistrate Judge